UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS EQUITY FIRST CREDIT UNION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 18cv967-GPC(MSB)<br><br>**ORDER GRANTING PLAINITFF'S MOTION TO FILE UNDER SEAL [ECF NO. 127]** |

On April 9, 2020, Plaintiff San Diego County Credit Union ("SDCCU") filed a "Motion to File Under Seal Portions of [SDCCU]'s Motion to Strike Rebuttal Expert Report of Theodore H. Davis, Jr. and Sur-Rebuttal Report of On Amir." (ECF No. 127.) Plaintiff asks the Court to seal Exhibit 5 to the Declaration of Jesse A. Salen filed in Support of Plaintiff's motion to strike. (Id. at 2-3.)

In support, Plaintiff asserts that "[n]on-dispositive motions and related materials may be sealed in the Ninth Circuit upon a 'particularized showing' under the 'good cause' standard of Fed. R. Civ. P. 26(c)." (Id. at 2 (quoting Kamakana v. City & Cty. of Honolulu, 447 F.3d 1172, 1179-80 (9th Cir. 2006).) Plaintiff further contends that the

document it seeks to seal contains a copy of the Expert Report of Russell W. Mangum III, Ph.D., which Plaintiff designated as "CONFIDENTIAL-FOR ATTORNEYS' EYES ONLY" under the terms of the Protective Order entered in this case. (Id. at 3; Decl. Jesse A. Salen ("Salen Decl.") 2, ECF No. 127-1.) Plaintiff's counsel also contends that "SDCCU considers the Expert Report of Russell W. Mangum III, Ph.D. to contain confidential business information that has significant competitive value such that unrestricted disclosure would create a substantial risk of significant competitive injury to SDCCU." (Salen Decl. at 2.) Plaintiff therefore asks the Court to seal the exhibit at issue in its entirety. (ECF No. 127 at 3.)

Having reviewed Plaintiff's motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court **ORDERS** that the document Plaintiff seeks to seal [ECF No. 128] be filed under seal.

**IT IS SO ORDERED.**

Dated: April 22, 2020

_____
Honorable Michael S. Berg
United States Magistrate Judge