

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Diego County Credit Union<br><br>**Plaintiff,**<br>V.<br><br>Citizens Equity First Credit Union<br><br>**Defendant.** | Civil Action No. 18-cv-0967-GPC-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

judgment is entered in favor of Plaintiff SDCCU and against Defendant CEFCU on the declaratory judgment of invalidity of NOT A BANK. BETTER. Case is closed.

**Date:**    5/25/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ D. Gilbert

D. Gilbert, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>18-cv-0967-GPC-MSB</u>

Citizens Equity First Credit Union
   (Counter Claimant)

v.

San Diego County Credit Union
   (Counter Defendant)