UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS EQUITY FIRST CREDIT UNION,<br><br>    Defendant. | Case No.: 18cv967-GPC(RBB)<br><br>**ORDER DISMISSING COUNT FOUR OF THE SECOND AMENDED COMPLAINT** |

On April 21, 2023, the Ninth Circuit affirmed in part, vacated in part and remanded the case with instructions for further proceedings. *San Diego Cnty. Credit Union v. Citizens Equity First Credit Union*, 65 F. 4th 1012, 1037 (9th Cir. 2023). In part, the Ninth Circuit vacated the Court's prior judgment, (Dkt. No. 354), on Count Four for declaratory judgment of invalidity of NOT A BANK. BETTER for lack of Article III subject matter jurisdiction. In compliance with the Ninth Circuit's directive, the Court

/ / /

/ / /

/ / /

1  DISMISSES Count Four of the second amended complaint for lack of Article III subject
2  matter jurisdiction.  The Clerk of Court shall enter judgment accordingly.
3      IT IS SO ORDERED.
4  Dated:  November 3, 2023

Hon. Gonzalo P. Curiel
United States District Judge