

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Diego County Credit Union<br><br>Plaintiff,<br>V.<br><br>Citizens Equity First Credit Union<br><br>Defendant. | Civil Action No. 18-cv-0967-GPC-MSB<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In compliance with the Ninth Circuit's directive, the Court DISMISSES Count Four of the second amended complaint for lack of Article III subject matter jurisdiction.

Date: 11/3/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Olsen
J. Olsen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>18-cv-0967-GPC-MSB</u>

Citizens Equity First Credit Union
   (Counter Claimant)

v.

San Diego County Credit Union
   (Counter Defendant)